APPEAL,CLOSED,E−NTC,PROSE−NP,PSEUDO−DN,TYPE−F

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:25−cv−01623−UNA

A.A.N.H.P.I.H.M. v. TRUMP
Assigned to: Unassigned
Cause: 42:1983 Civil Rights Act

Date Filed: 05/21/2025
Date Terminated: 08/26/2025
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Petitioner**

**A.A.N.H.P.I.H.M.** represented by **A.A.N.H.P.I.H.M.**
Email: deideservesrespect@proton.me
PRO SE

V.

**Defendant**

**DONALD J. TRUMP**
*President of the United States*

**Movant**

**EUGENE VOLOKH** represented by **EUGENE VOLOKH**
434 Galvez Mall
Stanford, CA 94305
650−721−5092
PRO SE

**Eugene Volokh**
HOOVER INSTITUTION, STANFORD UNIVERSITY
434 Galvez Mall
Stanford, CA 94305
650−721−5092
Email: volokh@stanford.edu
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2025 | 1 | COMPLAINT against DONALD J. TRUMP filed by A.A.N.H.P.I.H.M..(znmw) (Entered: 05/29/2025) |
| 05/21/2025 | 2 | MOTION for Leave to Proceed in forma pauperis by A.A.N.H.P.I.H.M.. (znmw) (Entered: 05/29/2025) |
| 05/21/2025 | | **Initiating Pleading & IFP Application Received.** (znmw) Modified on 5/29/2025 (znmw). (Entered: 05/29/2025) |

| | | |
|---|---|---|
| 05/21/2025 | 3 | SEALED MOTION to Proceed Under Pseudonym filed by A.A.N.H.P.I.H.M.(znmw) (Entered: 05/29/2025) |
| 05/21/2025 | 4 | NEW Pro Se Consent To Receive Notices of Electronic Filing by A.A.N.H.P.I.H.M. (znmw) (Entered: 05/29/2025) |
| 05/29/2025 | | MINUTE ORDER: The Court ORDERS that: 1) Plaintiff's 3 Motion to Proceed Under Pseudonym is DENIED WITHOUT PREJUDICE as it does not address the five−factor inquiry that applies to such motions, see In re Sealed Case, 971 F.3d 324, 326−27 (D.C. Cir. 2020); 2) Within fourteen days of the Court's Order, Plaintiff shall file either a new Motion that addresses the factors identified in In re Sealed Case or a Notice advising the Clerk of the Court whether they wish to proceed under their true name, and, if so, they shall also file their 3 Motion on the public docket as an appendix to that Notice; and 3) If Plaintiff does not file a new Motion or such Notice within fourteen days, the Clerk is directed to terminate the case. The factors identified in In re Sealed Case are: 1) whether the justification asserted by the requesting party is merely to avoid the annoyance and criticism that may attend any litigation or is to preserve privacy in a matter of a sensitive and highly personal nature; 2) whether identification poses a risk of retaliatory physical or mental harm to the requesting party or, even more critically, to innocent non−parties; 3) the ages of the persons whose privacy interests are sought to be protected; 4) whether the action is against a governmental or private party; and, relatedly, 5) the risk of unfairness to the opposing party from allowing an action against it to proceed anonymously. So ORDERED by Chief Judge James E. Boasberg on 5/29/2025. (lcjeb4) (Entered: 05/29/2025) |
| 05/29/2025 | 5 | SEALED SECOND MOTION to Proceed Under Pseudonym filed by A.A.N.H.P.I.H.M.(znmw) (Entered: 05/30/2025) |
| 06/02/2025 | | MINUTE ORDER: The Court ORDERS that: 1) Plaintiff's 5 Motion to Proceed Under Pseudonym is DENIED WITHOUT PREJUDICE as pseudonymous status cannot be transferred between lawsuits and this Motion does not address the five−factor inquiry that applies to such motions, see In re Sealed Case, 971 F.3d 324, 326−27 (D.C. Cir. 2020); 2) Within fourteen days of the Court's Order, Plaintiff shall file either a new Motion that addresses the factors identified in In re Sealed Case or a Notice advising the Clerk of the Court whether he wishes to proceed under his true name, and, if so, he shall also file his 5 Motion on the public docket as an appendix to the Notice; and 3) If Plaintiff does not file a new Motion or such Notice within fourteen days, the Clerk is directed to terminate the case. So ORDERED by Chief Judge James E. Boasberg on 6/2/2025. (lcjeb4) (Entered: 06/02/2025) |
| 06/03/2025 | 6 | SEALED THIRD MOTION to Proceed Under Pseudonym filed by A.A.N.H.P.I.H.M.(znmw) (Entered: 06/03/2025) |
| 06/04/2025 | | MINUTE ORDER: The Court ORDERS that: 1) Plaintiff's 6 Motion to Proceed Under Pseudonym is DENIED WITHOUT PREJUDICE as it provides an insufficient explanation as to why it is appropriate to proceed pseudonymously without even Defendant knowing Plaintiff's identity; 2) Within fourteen days of the Court's Order, Plaintiff shall file either a new Motion that addresses this issue or a Notice advising the Clerk of the Court whether they wish to proceed under their true name, and, if so, they shall also file their 6 Motion on the public docket as an appendix to that Notice; and 3) If Plaintiff does not file a new Motion or such Notice within fourteen days, the Clerk is directed to terminate the case. So ORDERED by Chief Judge James E. Boasberg on 6/4/2025. (lcjeb4) (Entered: 06/04/2025) |

| | | |
|---|---|---|
| 06/04/2025 | 7 | SEALED FOURTH MOTION to Proceed Under Pseudonym filed by A.A.N.H.P.I.H.M. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(znmw) (Entered: 06/05/2025) |
| 06/06/2025 | | MINUTE ORDER: The Court ORDERS that: 1) Plaintiff's 7 Motion to Proceed Under Pseudonym is DENIED WITHOUT PREJUDICE as it does not provide caselaw supporting the notion that Plaintiff can proceed pseudonymously without even Defendant knowing Plaintiff's identity; 2) Within fourteen days of the Court's Order, Plaintiff shall file either a new Motion that addresses this issue or a Notice advising the Clerk of the Court whether they wish to proceed under their true name, and, if so, they shall also file their 3 , 5 , 6 , and 7 Motions on the public docket as appendices to that Notice; and 3) If Plaintiff does not file a new Motion or such Notice within fourteen days, the Clerk is directed to terminate the case. So ORDERED by Chief Judge James E. Boasberg on 6/6/2025. (lcjeb4) (Entered: 06/06/2025) |
| 06/07/2025 | 8 | SEALED FIFTH MOTION to Proceed Under Pseudonym filed by A.A.N.H.P.I.H.M.(znmw) (Entered: 06/09/2025) |
| 06/11/2025 | 9 | MOTION to Intervene by EUGENE VOLOKH. (Attachments: # 1 Text of Proposed Order)(znmw) (Entered: 06/17/2025) |
| 06/30/2025 | 10 | ORDER: The Court ORDERS that: 1) Plaintiff's 8 Motion for Leave to File Under Pseudonym is DENIED; 2) Within fourteen days of the Court's Order, Plaintiff shall file a Notice advising the Clerk of the Court whether he wishes to proceed with filing his Complaint on the public docket using his real name, and, if so, he shall also file his 8 Motion on the public docket as an exhibit to the Notice; and 3) If Plaintiff does not file such Notice within fourteen days, the Clerk is directed to terminate the case. SIGNED by Chief Judge James E. Boasberg on June 30, 2025. (lcjeb3) (Entered: 06/30/2025) |
| 07/13/2025 | 11 | SEALED SIXTH MOTION to Proceed Under Pseudonym filed by A.A.N.H.P.I.H.M.(znmw) (Entered: 07/15/2025) |
| 07/22/2025 | 12 | ORDER: The Court ORDERS that: 1) Plaintiff's 11 Motion for Reconsideration is DENIED; 2 Within fourteen days of the Court's Order, Plaintiff shall file a Notice advising the Clerk of the Court whether he wishes to proceed with filing his Complaint on the public docket using his real name, and, if so, he shall also file his 3 , 5 , 6 , 7 , 8 , 11 Motions on the public docket as an exhibit to the Notice; and 3) If Plaintiff does not file such Notice within fourteen days, the Clerk is directed to terminate the case. SIGNED by Chief Judge James E. Boasberg on July 22, 2025. (lcjeb3) (Entered: 07/22/2025) |
| 07/23/2025 | 13 | SEALED SEVENTH MOTION to Proceed Under Pseudonym filed by A.A.N.H.P.I.H.M.(znmw) (Entered: 07/23/2025) |
| 07/30/2025 | 14 | NOTICE OF SUPPLEMENTAL AUTHORITY by A.A.N.H.P.I.H.M. (znmw) (Entered: 08/04/2025) |
| 08/01/2025 | | MINUTE ORDER: The Court ORDERS that: 1) Plaintiff's 13 Motion for Reconsideration is DENIED for the reasons previously discussed in the 12 Order; 2) Within fourteen days of the Court's Order, Plaintiff shall file a Notice advising the Clerk of the Court whether he wishes to proceed with filing his Complaint on the public docket using his real name, and, if so, he shall also file his 3 , 5 , 6 , 7 , 8 , 11 , 13 Motions on the public docket as an exhibit to the Notice; and 3) If Plaintiff does not file such Notice within fourteen days, the Clerk is directed to terminate the case. So |

| | | |
|---|---|---|
| | | ORDERED by Chief Judge James E. Boasberg on 8/1/2025. (zlsj) (Entered: 08/01/2025) |
| 09/11/2025 | 15 | **REQUEST FOR LEAVE TO FILE REVIEW.** The attached document requires leave to file: A.A.N.H.P.I.H.M. − 8th Motion to Proceed Under Pseudonym. Reason(s): Case is closed. (znmw) (Entered: 09/16/2025) |
| 09/17/2025 | 16 | MOTION to Reopen Case by A.A.N.H.P.I.H.M.. (znmw) (Entered: 09/19/2025) |
| 11/21/2025 | | MINUTE ORDER: Plaintiff's 16 Motion to Reopen this matter is DENIED. In his Motion, Plaintiff asserts that "for some reason, the case was closed on August 26, 2025 which is 36 calendar days from Chief James Boasberg's order on July 22, 2025, ECF No. 12. But plaintiff actually promptly filed a 7th motion to request for pseudonym on July 23, 2025, ECF No. 13. This is well within the 14 days of the court's order and since then no new order was issued by Chief Boasberg. So its utterly unclear why the case got closed anyways." Plaintiff, however, failed to comply with the 22 July 22nd Order. That Order did not afford Plaintiff another opportunity to move to proceed under pseudonym. Instead, it specifically required Plaintiff to, within 14 days, "to file a Notice advising the Clerk of the Court whether he wishes to proceed with filing his Complaint on the public docket using his real name, and, if so, he shall also file his [3 ] 5 6 7 8 11 13 Motions on the public docket as an exhibit to the Notice." Plaintiff was forewarned that, if he did not timely file such Notice, the Clerk would terminate the case. Plaintiff did not submit such a Notice, nor did he file any of the noted Motions on the public docket, nor did he move for additional time to comply. Accordingly, this case was properly terminated. For the same reasons, Plaintiff's 15 Request for Leave to File an Eighth Motion to Proceed Under Pseudonym is DENIED. Signed by Judge Trevor N. McFadden on 11/21/2025. (psu3) (Entered: 11/21/2025) |
| 11/22/2025 | 17 | Second MOTION to Reopen Case by A.A.N.H.P.I.H.M.. (Attachments: # 1 Exhibit)(znmw) (Entered: 12/01/2025) |
| 12/03/2025 | | MINUTE ORDER DENYING Plaintiff's 17 Motion to Reopen Case. Both the July 22, 2025, and August 1, 2025, Minute Orders directed plaintiff within 14 days to file a Notice advising the Clerk of the Court whether they wish to proceed with filing their Complaint on the public docket using their real name, and, if so, to file their 3 , 5 , 6 , 7 , 8 , 11 , 13 Motions on the public docket as an exhibit to the Notice. Plaintiff did not comply with either order, and this case properly was terminated. Signed by Judge Ana C. Reyes on 12/3/25. (psu2) (Entered: 12/03/2025) |
| 12/03/2025 | 18 | MOTION to Expedite re 9 MOTION to Intervene , MOTION to Unseal Document 11 SEALED MOTION to Proceed Under Pseudonym filed by A.A.N.H.P.I.H.M. filed by A.A.N.H.P.I.H.M. *(and Documents 13 and 15)* by EUGENE VOLOKH. (Volokh, Eugene) (Entered: 12/03/2025) |
| 12/16/2025 | 19 | Third MOTION to Reopen Case by A.A.N.H.P.I.H.M.. (znmw) Modified on 12/17/2025 (znmw). (Entered: 12/17/2025) |
| 02/19/2026 | | MINUTE ORDER: Upon consideration of Plaintiff's Third Motion to Reopen Case 19 , it is hereby ORDERED that the motion is DENIED for the reasons expressed in the court's November 21, 2025 and December 3, 2025 Minute Orders. It is further ORDERED that Plaintiff shall respond to Eugene Volokh's Motion to Intervene 9 and Motion to Expedite and Unseal 18 on or before March 20, 2026. If Plaintiff does not respond, the motions will be granted as conceded. *See* Local Civil R. 7(b). Signed by Judge Loren L. AliKhan on 2/19/2026. (psu3) (Entered: 02/19/2026) |

| | | |
|---|---|---|
| 03/15/2026 | 20 | RESPONSE re 18 MOTION to Expedite re 9 MOTION to Intervene MOTION to Unseal Document 11 SEALED MOTION to Proceed Under Pseudonym filed by A.A.N.H.P.I.H.M. filed by A.A.N.H.P.I.H.M. *(and Documents 13 and 15)* filed by A.A.N.H.P.I.H.M.. (Attachments: # 1 Exhibit)(znmw) (Entered: 03/16/2026) |
| 06/11/2026 | | MINUTE ORDER. This case was terminated on August 26, 2025, and Plaintiff's third motion to reopen the case was denied for reasons twice stated. *See* Feb. 19, 2026 Min. Order (citing November 21, 2025 and December 3, 2025 minute orders). Nevertheless, the latest minute order directed Plaintiff to respond to non−party Eugene Volokh's pending motion to expedite a ruling on his motion to intervene and to unseal a document. Plaintiff "accepts" the court's "decision to deny their 3rd motion to reopen the case" and opposes Volokh's motion. Resp., ECF No. 20. Because this case no longer presents a live controversy, Volokh's motion 18 is DENIED as moot, and the case stands dismissed. *See Nat'l Black Police Ass'n v. District of Columbia*, 108 F.3d 346, 349 (D.C. Cir. 1997) ("Article III of the Constitution restricts federal courts to deciding only actual, ongoing controversies.") (cleaned up)). Signed by Judge Tanya S. Chutkan on 6/11/2026. (psu1) (Entered: 06/11/2026) |
| 06/12/2026 | 21 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion to Expedite,,,,, Order on Motion to Unseal Document,,,, by EUGENE VOLOKH. Filing fee $ 605, receipt number ADCDC−12485736. Fee Status: Fee Paid. (Volokh, Eugene) (Entered: 06/12/2026) |

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

Plaintiff: **A.A.N.H.P.I.H.M.**

vs. Civil Action No. **1:25-cv-01623-UNA**

Defendant: **Donald J. Trump**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 12 day of June 2026, that Movant / Prospective Intervenor Eugene Volokh

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the 11 day of June, 2026, in favor of A.A.N.H.P.I.H.M.

against said Movant / Prospective Intervenor

Attorney/Pro Se Party Signature: Eugene Volokh

Name: Eugene Volokh

Address: Hoover Institution, Stanford University
434 Galvez Mall
Stanford, CA 94305

Telephone: (650) 721-5092

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017

MIME−Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
−−Case Participants: Eugene Volokh (volokh@stanford.edu), A.A.N.H.P.I.H.M. (deideservesrespect@proton.me)
−−Non Case Participants:
−−No Notice Sent:

Message−Id:10174036@dcd.uscourts.gov
Subject:Activity in Case 1:25−cv−01623−UNA A.A.N.H.P.I.H.M. v. TRUMP Order on Motion to Expedite
Content−Type: text/html

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 6/11/2026 at 4:42 PM and filed on 6/11/2026

| | |
|---|---|
| **Case Name:** | A.A.N.H.P.I.H.M. v. TRUMP |
| **Case Number:** | 1:25−cv−01623−UNA |
| **Filer:** | |
| **WARNING: CASE CLOSED on 08/26/2025** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER. This case was terminated on August 26, 2025, and Plaintiff's third motion to reopen the case was denied for reasons twice stated. *See* Feb. 19, 2026 Min. Order (citing November 21, 2025 and December 3, 2025 minute orders). Nevertheless, the latest minute order directed Plaintiff to respond to non−party Eugene Volokh's pending motion to expedite a ruling on his motion to intervene and to unseal a document. Plaintiff "accepts" the court's "decision to deny their 3rd motion to reopen the case" and opposes Volokh's motion. Resp., ECF No. 20. Because this case no longer presents a live controversy, Volokh's motion [18] is DENIED as moot, and the case stands dismissed. *See Nat'l Black Police Ass'n v. District of Columbia*, 108 F.3d 346, 349 (D.C. Cir. 1997) ("Article III of the Constitution restricts federal courts to deciding only actual, ongoing controversies.") (cleaned up)). Signed by Judge Tanya S. Chutkan on 6/11/2026. (psu1)**

**1:25−cv−01623−UNA Notice has been electronically mailed to:**

Eugene Volokh volokh@stanford.edu

A.A.N.H.P.I.H.M. deideservesrespect@proton.me

**1:25−cv−01623−UNA Notice will be delivered by other means to::**

EUGENE VOLOKH
434 Galvez Mall
Stanford, CA 94305