# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5227** **September Term, 2025**

**1:25-cv-01623-UNA**

**Filed On: June 18, 2026** **[2179556]**

A.A.N.H.P.I.H.M.,

Appellee

v.

Donald J. Trump, President of the United States,

Appellee

Eugene Volokh,

Appellant

## ORDER

The notice of appeal was filed on June 12, 2026, and docketed in this court on June 17, 2026. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 20, 2026 |
| Docketing Statement Form | July 20, 2026 |
| Entry of Appearance Form (Attorneys Only) | July 20, 2026 |
| Procedural Motions, if any | July 20, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 20, 2026 |
| Statement of Issues to be Raised | July 20, 2026 |
| Transcript Status Report | July 20, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | July 20, 2026 |

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5227** **September Term, 2025**

| | |
|---|---|
| Dispositive Motions, if any | August 3, 2026 |

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 20, 2026 |
| Entry of Appearance Form (Attorneys Only) | July 20, 2026 |
| Procedural Motions, if any | July 20, 2026 |
| Dispositive Motions, if any | August 3, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Elbert B.J. Lestrade
Deputy Clerk

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5227** **September Term, 2025**

The following forms and notices are available on the Court's website:

Attachments for Pro Se Parties Only:
- Civil Docketing Statement Form
- Entry of Appearance Form
- Transcript Status Report Form
- Memorandum Concerning Self-Representation