

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave. N.W., Rm. 7239
Washington, D.C. 20530

Tel: 202-514-3425

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

June 29, 2026

RE:     *A.A.N.H.P.I.H.M. v. Trump*, No. 26-5227 (D.C. Cir.)

Dear Mr. Cislak,

I write to inform the Court that the federal government will not file a brief in the appeal referenced above from the district court's order of June 11, 2026, in *A.A.N.H.P.I.H.M. v. Trump*, No. 25-1623 (D.D.C.).

In the district court, plaintiff filed multiple motions under seal asking the district court to allow plaintiff to proceed under a pseudonym. *See* Dkt. Nos. 3, 5, 6, 7, 8, 11, 13. Eugene Volokh filed motions to intervene and to unseal plaintiff's sealed motions. Dkt. Nos. 9, 18. The district court found plaintiff's motions to proceed under a pseudonym to be inadequate, and it eventually terminated the suit after plaintiff declined to proceed using his real name. *See* Minute Order of Nov. 21, 2025.  The court further denied Mr. Volokh's motion to intervene and unseal as moot, Minute Order of June 11, 2026. Mr. Volokh appealed from that order. Dkt. No. 21.

The federal government was not served in this suit and did not participate in the district court litigation. Because the government was not a party in this matter in the district court, it does not plan to participate in the appeal before this court and will not file a brief as an appellee.

Sincerely,

s/ Lewis S. Yelin
Attorney, Appellate Staff
Civil Division