# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** A.A.N.H.P.I.H.M.

v.

Donald Trump

**Case No:** 26-5227

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ◉ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Eugene Volokh (pro se)

### Counsel Information

Lead Counsel: Eugene Volokh

Direct Phone: ( 650 ) 721-5092 Fax: ( ) - Email: volokh@stanford.edu

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name:

Firm Address:

Firm Phone: ( ) - Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)