# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5227                                   2. DATE DOCKETED: 6/17/2026

3. CASE NAME (lead parties only) A.A.N.H.P.I.H.M.        v. Trump

4. TYPE OF CASE:  ☒ District Ct -  ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?        ○ Yes  ⦿ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.              Bankruptcy Court Docket No.          Tax Court Docket No.
      Civil Action 1:25-cv-01623-UNA         Bankruptcy _____           Tax _____
      Criminal _____               Adversary _____
      Miscellaneous _____          Ancillary _____
   b. Review is sought of:
      ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Tanya S. Chutkan _____        Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 6/11/2026        e. Date notice of appeal filed: 6/12/2026
   f. Has any other notice of appeal been filed in this case?    ○ Yes  ⦿ No    If YES, date filed: _____
   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No    If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes  ⦿ No
      If NO, why not?  The ruling under review was issued by minute order without oral hearing.
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No  If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?    ○ Yes  ⦿ No
      If YES, give popular name and citation of statute _____

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No    If so, provide program name and participation dates

Signature *Eugene Volokh*                        Date 7/13/2026
Name of Party Eugene Volokh
Name of Counsel for Appellant/Petitioner
Address 434 Galvez Mall, Stanford, CA 94305
Phone ( 650 ) 7215092          Fax ( ___ ) _____

**ATTACH A CERTIFICATE OF SERVICE**

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

| **Save** | **Reset Form** | **Print Form** |