USCA Case #26-5227 Document #2183390 Filed: 07/15/2026 Page 1 of 1
APPEAL,CLOSED,E-NTC,PROSE-NP,PSEUDO-DN,TYPE-F

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:25-cv-01623-UNA

A.A.N.H.P.I.H.M. v. TRUMP
Assigned to: Unassigned
Cause: 42:1983 Civil Rights Act

Date Filed: 05/21/2025
Date Terminated: 08/26/2025
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2026 | | MINUTE ORDER. This case was terminated on August 26, 2025, and Plaintiff's third motion to reopen the case was denied for reasons twice stated. *See* Feb. 19, 2026 Min. Order (citing November 21, 2025 and December 3, 2025 minute orders). Nevertheless, the latest minute order directed Plaintiff to respond to non-party Eugene Volokh's pending motion to expedite a ruling on his motion to intervene and to unseal a document. Plaintiff "accepts" the court's "decision to deny their 3rd motion to reopen the case" and opposes Volokh's motion. Resp., ECF No. 20. Because this case no longer presents a live controversy, Volokh's motion 18 is DENIED as moot, and the case stands dismissed. *See Nat'l Black Police Ass'n v. District of Columbia*, 108 F.3d 346, 349 (D.C. Cir. 1997) ("Article III of the Constitution restricts federal courts to deciding only actual, ongoing controversies.") (cleaned up)). Signed by Judge Tanya S. Chutkan on 6/11/2026. (psu1) (Entered: 06/11/2026) |


**PACER Service Center**

**Transaction Receipt**

07/15/2026 09:37:26

| | | | |
|---|---|---|---|
| **PACER Login:** | eugenevolokh | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-01623-UNA Start date: 6/11/2026 End date: 6/11/2026 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |