No. 26-5227

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

A.A.N.H.P.I.H.M.,
Petitioner-Appellee,

v.

DONALD J. TRUMP,
Defendant-Appellee,

EUGENE VOLOKH,
Movant-Appellant.

On Appeal from the U.S. District Court
for the District of Columbia Circuit
Case No. 1:25-cv-01623

# Statement of Intent Regarding Deferred Appendix

Eugene Volokh
*Pro se*
Hoover Institution
Stanford University
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
Affiliation given for identification and mailing purposes only

Appellant does not intend to utilize a deferred appendix under Federal Rule of Appellate Procedure 30(c)(1) and D.C. Circuit Rule 30(c).

July 15, 2026

/s/ Eugene Volokh
Eugene Volokh
*Pro se*
Hoover Institution
Stanford University
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
Affiliation given for identification and mailing purposes only