No. 26-5227

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

A.A.N.H.P.I.H.M.,
Petitioner-Appellee,

v.

DONALD J. TRUMP,
Defendant-Appellee,

EUGENE VOLOKH,
Movant-Appellant.

On Appeal from the U.S. District Court
for the District of Columbia Circuit
Case No. 1:25-cv-01623

# Certificate as to Parties, Rulings, and Related Cases

Eugene Volokh
*Pro se*
Hoover Institution
Stanford University
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
Affiliation given for identification
and mailing purposes only

**A. Parties**

The parties to this proceeding and in the proceedings before the district court are the movant-appellant Eugene Volokh, petitioner-appellee A.A.N.H.P.I.H.M., and defendant-appellee Donald J. Trump.

**B. Rulings Under Review**

Volokh appeals a June 11, 2026 Order entered by the Honorable Tanya S. Chutkan of the United States District Court for the District of Columbia denying Volokh's motion to expedite a ruling on his motion to intervene and to unseal.

**C. Related Cases**

This case has not previously been before this court or any court other than the district court. Undersigned counsel is unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

July 15, 2026

Respectfully submitted,

/s/ Eugene Volokh
Eugene Volokh
Hoover Institution
Stanford University
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu