No. 26-5227

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

A.A.N.H.P.I.H.M.,
Petitioner-Appellee,

v.

DONALD J. TRUMP,
Defendant-Appellee,

EUGENE VOLOKH,
Movant-Appellant.

On Appeal from the U.S. District Court
for the District of Columbia Circuit
Case No. 1:25-cv-01623

# Statement of Issues to be Raised

Eugene Volokh
*Pro se*
Hoover Institution
Stanford University
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
Affiliation given for identification
and mailing purposes only

On June 11, 2025, Eugene Volokh moved "to intervene and unseal the Plaintiff's five motions to proceed pseudonymously, the supporting exhibits (Exhibit 1 and Exhibit 2) attached to Plaintiff's ECF No. 7 Motion, and any declarations or memoranda attached to the motions, if such exist," in order to write about the case. Motion to Intervene and Unseal, ECF No. 9. On Dec. 3, 2025, Volokh filed a follow-up motion asking the district court to expedite its decision on the initial motion, and explaining why he was still entitled to unseal the documents even after the case had been closed. Motion to Expedite and Unseal, ECF No. 18.

The District Court rejected Volokh's Motion to Expedite and Unseal, on the grounds that the case "no longer present[ed] a live controversy." Minute Order, June 11, 2026. The court never expressly acted on Volokh's initial Motion to Intervene and Unseal, but its statement that "Because this case no longer presents a live controversy, Volokh's motion 18 is DENIED as moot, and the case stands dismissed" suggests that it was implicitly denying that initial motion as well.

The issue presented in this appeal is whether the district court erred in rejecting Volokh's motions, and whether it should have instead unsealed the documents that Volokh sought to unseal.

July 15, 2016

Respectfully submitted,

/s/ Eugene Volokh

Eugene Volokh
Hoover Institution
Stanford University
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu