ORAL ARGUMENT UNNECESSARY
No. 26-5227

IN THE

# United States Court of Appeals for the District of Columbia Circuit

A.A.N.H.P.I.H.M.,
*Plaintiffs-Appellee,*

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUL 17 2026

RECEIVED

v.

Eugene Volokh,
*Intervenor-Appellant.*

v.

Donald J. Trump,
*Defendant-Appellee.*

Response to Appeal from the United States District Court
for the District of Columbia, No. 1: 1:25-cv-01623-UNA
by Mr. Eugene Volokh

## MOTION OF CM/ECF AND EXTENSION OF TIME TO FILE

I respectfully move this Court to issue an order granting CM/ECF access per Circuit Rule 25(b)(2). The reason why I am entitled to the relief I seek is the following: As a plaintiff pro se, it provides the opportunity to manage my case without needing to file in person or by snail mail, improving convenience and reducing costs. I already have this privilege granted from the United States District

Court for the District of Columbia and have experience in using the system. Should I fail spectacularly, the Court could always revoke the access.

Secondly, I also respectfully move this Court to issue an order to allow extension of time under Circuit Rule 27(g) to file, given my family member has been sent to the emergency room for mental health crisis on July 12th, 2026. I don't have a specific due date in mind as their discharge date is unknown.

Finally, given Mr. Volokh's beef is with me, I further express heartfelt gratitude to Mr. Lewis S. Yellen, Attorney, Appellate Staff, Civil Division for the Department of Justice, for not planning to participate in the appeal and filing a brief, as the plaintiff has no beef with the President anymore. He won. The suit should simply be dismissed voluntarily for both levels.

That being said, the alleged violations of the First Amendment right, etc via the anti-Diversity, Equity, Inclusion (DEI) executive orders will have to be understood continuously by

1) the New York Times in their counter-suit against the U.S. Equal Employment Opportunity Commission (1:26-cv-03704)
2) the 19 state and DC attorney generals in State of Maryland v. Hegseth, et al (1:26-cv-02322)
3) Chicago Women in Trades v. Donald J. Trump (25-2144)
4) Freedom Network, USA v. President Donald J. Trump (1:25-cv-12419)

5) Thakur, et al. v. Trump, et al. (25-4249)

I will also continue to observe and appreciate the POTUS's annual proclamation on Asian American and Pacific Islander Heritage Month. Great writing there.

Dated: July 15, 2026

Respectfully submitted

By: /s/ A.A.N.H.P.I.H.M.
A.A.N.H.P.I.H.M.
Plaintiff-Appellee Pro Se
8808 Justice Ave, Apt 9J
Elmhurst, NY 11373
DEIdeservesrespect@proton.me

TO: Eugene Volokh

Thomas M. Siebel Senior Fellow
Hoover Institution, Stanford University
434 Galvez Mall
Stanford, CA 94305
(650) 721-5092
volokh@stanford.edu
Pro se
(Institutional affiliation given for identification and addressing purposes only)

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains under 564 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f).

This motion complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface in 14-point Times New Roman typeface.

Dated: July 15, 2026

/s/ A.A.N.H.P.I.H.M.
A.A.N.H.P.I.H.M.

## CERTIFICATE OF SERVICE

I certify that on July 15, 2026, I have snail mailed the foregoing Notice with the United States Court of Appeals for the District of Columbia Circuit, using the U.S.P.S.. I yearn for the day to be granted CM/ECF access, as Mr. Volokh is a registered CM/ECF user, and service upon him can be accomplished by the appellate CM/ECF system, if not by the Stanford University email system.

Dated: July 15, 2026

/s/ A.A.N.H.P.I.H.M.
A.A.N.H.P.I.H.M.

From. A.A.N.H.P.I.H.M
8808 Justice Ave, Apt 9J
Elmhurst, NY 11373

Retail

UNITED STATES POSTAL SERVICE ®

RDC 99

20001

U.S. POSTAGE PAID
FCM LETTER
ELMHURST, NY 11373
JUL 15, 2026

**$10.20**

S2323W500830-17




PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 2588 5754 10

To. Clifton Cislak, Clerk of COURT
U.S. Court of Appeals for the DC Circuit
333 Constitutional Ave., N.W.
Washington, D.C. 20001

20001-289999