# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5227** **September Term, 2025**

**1:25-cv-01623-UNA**

**Filed On: August 6, 2026** **[2187043]**

A.A.N.H.P.I.H.M.,

Appellee

v.

Donald J. Trump, President of the United States,

Appellee

Eugene Volokh,

Appellant

## O R D E R

Upon consideration of appellee's motion to use electronic filing and for extension of time, it is

**ORDERED** that the motion to use electronic filing be granted. Appellee A.A.N.H.P.I.H.M. is permitted to participate as an ECF filer in the court's Case Management/Electronic Case Files system so long as they are not represented by an attorney. See D.C. Cir. Rule 25(b)(2). Before filing electronically, appellee must submit to the court a NextGen non-attorney e-file registration through the PACER website. It is

**FURTHER ORDERED** that the following deadlines are now established:

| | |
|---|---|
| Appellee A.A.N.H.P.I.H.M.'s Certificate as to Parties, Rulings, and Related Cases | September 8, 2026 |
| Procedural Motions, if any | September 8, 2026 |
| Dispositive Motions, if any | September 22, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Louis Karl Fisher
Deputy Clerk