**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| A.A.N.H.P.I.H.M.,<br><br>*Petitioner-Appellee*,<br><br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES,<br><br>*Defendant-Appellee*.<br><br>EUGENE VOLOKH<br><br>*Movant-Appellant*.<br><br>On Appeal from the U.S. District Court for the District of Columbia, No. 1:25-cv-01623 | No. 26-5227 |

**REPRESENTATION OF CONSENT TO PARTICIPATE AS AMICUS CURIAE IN SUPPORT OF PETITIONER-APPELLEE**

Pursuant to Federal Rule of Appellate Procedure 29(a)(2), D.C. Circuit Rule 29(b), and the guidance set forth in Part IX.A.4 of this Court's *Handbook of Practice and Internal Procedures*, Volare hereby notifies the Court of its intent to participate in this case as an *amicus curiae* in support of Petitioner-Appellee A.A.N.H.P.I.H.M. Petitioner-

Appellee and Appellant Volokh, the only parties to this appeal, have consented to Volare's participation as *amicus curiae*.[1]

Dated: November 10, 2026

Respectfully submitted,

/s/ *William Travis West*

Stephen J. Newman
William Travis West
Andrew Magloughlin
Leila Hamouie (*admission application forthcoming*)
**STEPTOE LLP**
1330 Connecticut Ave NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
Email: twest@steptoe.com

*Counsel for Amicus Curiae Volare*

[1] The Department of Justice filed a letter on June 29, 2026, informing the Court that President Donald J. Trump was not served in the district court litigation, did not participate below, and will not participate in this appeal. Volare nevertheless contacted DOJ counsel regarding its participation as *amicus curiae*, and counsel confirmed that President Trump is not participating and stated that his consent is unnecessary.

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| A.A.N.H.P.I.H.M.,<br><br>*Petitioner-Appellee,*<br><br>v.<br><br>DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES,<br><br>*Defendant-Appellee.*<br><br>EUGENE VOLOKH<br><br>*Movant-Appellant.*<br><br>On Appeal from the U.S. District Court for the District of Columbia, No. 1:25-cv-01623 | No. 26-5227 |

## CORPORATE DISCLOSURE STATEMENT

Volare is a 501(c)(3) nonprofit organization based in Washington, D.C. Volare provides legal, therapeutic, and advocacy services to crime survivors. Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Volare certifies that it has no parent company and that no publicly held company has a 10% or greater ownership interest in Volare.

Dated: November 10, 2026

Respectfully submitted,

/s/ *William Travis West*

Stephen J. Newman
William Travis West
Andrew Magloughlin
Leila Hamouie (*admission application forthcoming*)
**STEPTOE LLP**
1330 Connecticut Ave NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
Email: twest@steptoe.com

*Counsel for Amicus Curiae Volare*

## CERTIFICATE OF SERVICE

I, William Travis West, certify that on November 10, 2026, I electronically filed the foregoing documents with the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. All parties are registered CM/ECF users and will be served through the Court's CM/ECF system.

/s/ *William Travis West*
William Travis West
*Counsel for Amicus Curiae Volare*