# United States Court of Appeals
# District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** A.A.N.H.P.I.H.M.

v.

Donald Trump

**Case No:** 26-5227

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ◉ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ◉ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Volare

### Counsel Information

Lead Counsel: Stephen J. Newman

Direct Phone: (213) 439-9411 Fax: (202) 429-3902 Email: snewman@steptoe.com

2nd Counsel: William Travis West

Direct Phone: (202) 429-6442 Fax: (202) 429-3902 Email: twest@steptoe.com

3rd Counsel: Andrew Magloughlin

Direct Phone: (202) 429-5508 Fax: (202) 429-3902 Email: amagloughlin@steptoe.com

Firm Name: Steptoe LLP

Firm Address: 1330 Connecticut Avenue NW, Washington, DC 20036

Firm Phone: (202) 429-3000 Fax: (202) 429-3902 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.



USCA Form 44
March 2017 (REVISED)