**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

A.A.N.H.P.I.H.M.,

*Petitioner-Appellee*,

v.

DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES,

*Defendant-Appellee*.

EUGENE VOLOKH

*Movant-Appellant*.

On Appeal from the U.S. District Court for the District of Columbia, No. 1:25-cv-01623

No. 26-5227

**VOLARE'S CONSENT MOTION TO EXTEND TIME TO FILE AMICUS CURIAE BRIEF AND TO EXTEND APPELLANT'S REPLY DEADLINE**

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 29(a)(6) and D.C. Circuit Rule 28(e), Volare respectfully moves to extend its deadline for filing an amicus brief in support of Petitioner-Appellee in this case from January 7, 2027, to February 26, 2027, and to correspondingly extend Appellant's reply deadline from January 21,

2027, to March 19, 2027. Both Appellant Eugene Volokh and Petitioner-Appellee A.A.N.H.P.I.H.M. consent to this motion.[1]

Volare is a nonprofit organization that provides free services for crime survivors, from acute crisis response to legal representation. DV LEAP, Volare's National Appeals Program, advances legal protections for gender- and power-based violence survivors through appellate advocacy, training, and policy initiatives. The only program offering pro bono appellate representation to survivors nationwide, DV LEAP has presented oral argument, represented survivors at the state and federal level, and participated as *amicus curiae* before the Supreme Court of the United States and state appellate courts. *See United States v. Rahimi*, 602 U.S. 680 (2024); *Counterman v. Colorado*, 600 U.S. 66 (2023); *Banks v. Hoffman*, 346 A.3d 665 (D.C. 2025) (en banc); *Fam. Violence App. Project v. Superior Ct.*, 594 P.3d 150 (Cal. 2026).

---

[1] The Department of Justice filed a letter on June 29, 2026, informing the Court that President Donald J. Trump was not served in the district court litigation, did not participate below, and will not participate in this appeal. Volare nevertheless contacted DOJ counsel regarding its participation as *amicus curiae* and the proposed briefing schedule, and counsel confirmed that President Trump is not participating and stated that his consent is unnecessary.

Volare, through DV LEAP, has a special interest in the anonymity and sealing issues in this case and intends to participate as *amicus curiae* in support of Petitioner-Appellee. Volare has filed a representation of consent to participate as *amicus curiae*.

Volare's amicus brief will address questions that the parties' briefing may not fully develop: namely, how procedural rules regarding pseudonymity and record sealing affect crime survivors and other vulnerable populations navigating the legal system. Volare is poised to speak to these issues as an organization with over a decade of experience in representing crime survivors, many of whom seek pseudonymity in legal proceedings to protect their safety.

The current deadline for Volare's amicus brief under the Court's October 22, 2026 Order is January 7, 2027. *See* Fed. R. App. P. 29(a)(6). Volare requests an extension of its briefing deadline because it recently became involved in this case. Preparing its proposed brief will require Volare and its pro bono counsel to review the parties' submissions and compile and synthesize legal and empirical authorities concerning the effects of pseudonymity and record sealing on crime survivors and other vulnerable litigants. Both Volare and its pro bono counsel also have

preexisting litigation obligations during the current briefing period. Finally, because oral argument has not yet been scheduled, the requested extension will not affect the oral argument schedule, and D.C. Circuit Rule 28(e)(1)'s heightened standard does not apply. These circumstances establish good cause for the requested extension.

Accordingly, Volare requests an extension of its deadline to file an amicus brief in support of Petitioner-Appellee to February 26, 2027, and an extended deadline for Mr. Volokh's reply brief to March 19, 2027. Extending the amicus deadline to February 26, 2027, requires a corresponding adjustment of Appellant's reply deadline so that Appellant has a meaningful opportunity to address the amicus submission. Both Mr. Volokh and A.A.N.H.P.I.H.M. consent to this proposed briefing schedule. If the Court grants this motion, the briefing schedule would be:

**Proposed Briefing Schedule**

| | |
|---|---|
| Appellant's Brief | December 1, 2026 |
| Appendix | December 1, 2026 |
| Petitioner-Appellee's Brief | December 31, 2026 |
| Volare's Amicus Brief | February 26, 2027 |
| Appellant's Reply Brief | March 19, 2027 |

Dated: November 10, 2026

Respectfully submitted,

/s/ *William Travis West*

Stephen J. Newman
William Travis West
Andrew Magloughlin
Leila Hamouie (*admission application forthcoming*)
**STEPTOE LLP**
1330 Connecticut Ave NW
Washington, D.C. 20036
Phone: (202) 429-3000
Fax: (202) 429-3902
Email: twest@steptoe.com

*Counsel for Amicus Curiae Volare*

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit in Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 615 words.

This document complies with the typeface and style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5) and (6) because it has been prepared with Microsoft Word in a proportionally spaced typeface and 14-point Century Schoolbook font.

Dated: November 10, 2026

/s/ *William Travis West*
William Travis West
*Counsel for Amicus Curiae Volare*

## CERTIFICATE OF SERVICE

I, William Travis West, certify that on November 10, 2026, I electronically filed the foregoing document with the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. All parties are registered CM/ECF users and will be served through the Court's CM/ECF system.

/s/ *William Travis West*
William Travis West
*Counsel for Amicus Curiae Volare*